

July 26, 2018

**VIA ELECTRONIC FILING**

The Honorable Robert D. Mariani
United States District Court
Middle District of Pennsylvania
235 N Washington Street
Scranton, PA 18501

    RE:    Branning v. Wayne County, et al.

Dear Judge Mariani:

    Kindly be advised that the parties have consummated settlement.

    Thank you for your assistance.

    Very Truly Yours,

    THE EMPLOYMENT LAW FIRM

    s/ Cynthia L. Pollick
    Cynthia L. Pollick, Esquire

CLP/lc
cc:    Dana M. Zlotucha, Esquire
       A. James Hailstone, Esquire